No. 96–5185.  BOSTIC *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 96–5186.  RAFFIELD *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 96–5206.  ROYAL *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 96–5225.  LOVETT *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 96–5246.  SPIRES *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 96–5261.  WILLIAMS *v.* HORNER ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 96–5269.  HARRISON *v.* INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 96–5316.  TOKAR *v.* MISSOURI.  Sup. Ct. Mo.  Certiorari denied.

No. 96–5349.  GRUNE *v.* THOUBBORON ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 96–5461.  BOWEN *v.* THURMAN, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 96–5462.  REEVES *v.* HOPKINS, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 96–5473.  LAND *v.* ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 96–5477.  BECKER *v.* SOUTHWEST TRAVIS COUNTY ROAD DISTRICT No. 1.  Sup. Ct. Tex.  Certiorari denied.

No. 96–5479.  LEE *v.* LENHARDT ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 96–5484.  WILLIAMS *v.* WRIGHT, SUPERINTENDENT, MAXIMUM CONTROL COMPLEX, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 96–5486.  HESS *v.* ARIZONA.  Ct. App. Ariz.  Certiorari denied.